UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CIV 11038

JOSE RAMOS, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

, Plaintiff(s)

- against -

SAMI ZELTOUNE A/K/A SAMI ZEITONE AND JOEY ZELTOUNE A/K/A JOEY ZEITONE et. al.

, Defendant(s)

State of New York  }
                   }  SS.:
County of New York }

AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says that she is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 12/12/2007 at 12:20 PM at:
1888 THIRD AVENUE
NEW YORK NY 10029
Deponent served the:
SUMMONS IN A CIVIL ACTION
CLASS AND COLLECTIVE ACTION COMPLAINT WITH DEMAND FOR JURY TRIAL
upon JOEY ZELTOUNE A/K/A JOEY ZEITONE,
by delivering true copies to recipient personally,
deponent knew the person so served to be the person described as said recipient therein.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or New York. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 38  HEIGHT: 5'6"  WEIGHT: 170  HAIR: BLACK  RACE: WHITE  SEX: MALE

Yariela Gonzales   Lic. #1260358

SWORN TO BEFORE ME 12-12-07

Johnysha Santana
Notary Public, State of New York
No. 01SA6166179
Qualified in New York County
Commission Expires 06/11/2011

OUR DOC# 20146
Jeffrey M. Gottlieb Attorney At Law
150 E 18th Street
Suite PHR
New York NY 10003
212-228-9795