AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 07 CIV 11038 (RMB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Sami Zeitoune and Yossi Zeitoune

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/10/2008 | *[signature]* |
| Date | Signature |
| | David A. Robins — DR 5558 |
| | Print Name — Bar Number |
| | Lipman & Plesur, LLP, 500 North Broadway, Suite 105 |
| | Address |
| | Jericho, NY 11753 |
| | City — State — Zip Code |
| | (516) 931-0050    (516) 931-0030 |
| | Phone Number — Fax Number |