# GOTTLIEB & ASSOCIATES
## ATTORNEYS
150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

January 22, 2008

Hon. Richard M. Berman
U.S. District Judge
U.S. District Court
Southern District of New York
40 Centre St.
New York, NY 10007

**MEMO ENDORSED**

Re: Ramos v. Zeitoune  07 CIV 11038

Dear Judge Berman:

An initial pre-trial conference is scheduled in the within matter on Jan. 24, 2008 before your Honor and the attorneys for both parties jointly respectfully request that the conference be adjourned for two weeks since the parties have entered into settlement negotiations that they believe may be fruitful in resolving the litigation. In the event the parties are not able to settle this case, both parties wish to reschedule the conference for Jan. 31, Feb. 5, Feb. 7 or Feb. 8, at the convenience of the Court. There have been no prior applications made in this matter. Thank you.

Respectfully yours,

Jeffrey M. Gottlieb

Via fax: 212 805-6717
Cc: Robert Lipman, Esq. via fax 516 931-0030

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

RECEIVED JAN 22 2008

Conference adjourned to 2/7/08 at 9:15 A.M. Parties to promptly notify the Court once they reach a settlement.

SO ORDERED:
Date: 1/22/08
Richard M. Berman, U.S.D.J.