```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE RAMOS,

                  Plaintiff,              07 Civ. 11038 (RMB)

      -against-                **ORDER OF DISCONTINUANCE**

SAMI ZEITOUNE and JOEY ZEITOUNE,

                  Defendants.
------------------------------------------------------------X

      Based on Plaintiff having indicated in a letter, dated February 5, 2008, that the parties have reached a settlement agreement in principle, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

      The conference scheduled for 9:15 a.m. on Thursday, February 7, 2008 is vacated.

**SO ORDERED**.

Dated: New York, New York
       February 6, 2008

                                                _RMB_
                                        Richard M. Berman, U.S.D.J.