Berman, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSE RAMOS, Individually and on Behalf of All Other
Persons Similarly Situated,

                                                Plaintiff,        07 CIV 11038 (RMB)

               -against-                              STIPULATION OF
                                                                     DISMISSAL WITH
                                                                     PREJUDICE
SAMI ZEITOUNE A/K/A SAMI ZEITONE and JOEY
ZEITOUNE A/K/A JOEY ZEITONE, d/b/a EASY
SHOPPING DEPARTMENT STORE,                   ECF CASE

                                              Defendants.
---------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, through their counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action be dismissed, in its entirety, and with prejudice with respect to Plaintiff and without any award of attorneys' fees, costs or other relief to either party and that Plaintiff is barred from bringing another claim under the FLSA or state law for wages, including overtime pay, for the period set forth in the Complaint.

2/8/08
Date

By: _____
Jeffrey M. Gottlieb (JG 7905)
Berger & Gottlieb
*Attorneys for Plaintiffs*
150 East 18th Street
New York, NY 10003
(212) 228-9795


2/14/08
Date

By: _____
Robert D. Lipman (RL 3564)
David A. Robins (DR 5558)
Lipman & Plesur, LLP
*Attorneys for Defendants*
The Jericho Atrium
500 N. Broadway, Suite 105
Jericho, NY 11753
516-931-0050


SO ORDERED:

RMB
_____
U.S.D.J.
2/14/08